In the United States Court of Federal Claims

Rafael Daniel De la Cruz Jimenez,
    Petitioner,

and

UNITED STATES OF AMERICA, et al,
    Respondents,

Case No.:
1:19-cv-01761-VJW Senior Judge Victor J. Wolski.

## MOTION TO RENDER JUDGMENT

On November 13, 2019 Petitioner filed Suit in this Court and Paid the filing fees. On February 20, 2020 Petitioner filed Motion For Final Summary Judgment in the above styled Case.

Respondent Party (s) have failed to

1

Received - USCFC
OCT 20 2020

Provide the Required Responsive Answer to Petitioner's Motion For Final Summary Judgment. Petitioner respectfully demands, as a matter of right, that this Court make a ruling in Equity and grant Petitioner the Relief Demanded which is due as a matter of right. Delayed Justice is denied Justice. Petitioner hereby incorporated by reference the Motion For Final Summary Judgment as if fully restated herein. See docket number 11.

Thank you for your prompt attention to this matter.

# VERIFICATION

STATE OF LOUISIANA ) 
) ss
ALLEN PARISH )

1) This MOTION TO RENDER JUDGMENT is not being Presented for any improper Purpose(s).

2) The claim and defenses in this MOTION TO RENDER JUDGEMENT are warranted by existing Laws.

3) The Factual Allegation(s) shall be warranted only upon Presentment of documented Proof(s) and Verified Responsive Answer Required under Solemn Oath to the Contrary.

4) The Factual Allegations herein have evidentiary Support.

5) I, Rafael Daniel De la Cruz Jimenez, Petitioner, make Solemn affirmation that the charges/ allegations make in the foregoing MOTION TO

3

RENDER JUDGMENT are true, correct and materially complete as of Petitioner's own first-hand actual knowledge, under penalty of perjury.

6) Petitioner is legal age of majority, sound of mind, is not under any legal disability(s), and competent to testify if called upon. Petitioner made these statements as free act and deed and has not made the statements/allegations etc., under threat, duress, or coercion.

Executed Under Signature and Seal on 14 day of October 2020.

*Rafael Daniel Dela Cruz Jimenez* (SEAL)
Rafael Daniel Dela Cruz Jimenez, Petitioner

4

# CERTIFICATE OF SERVICE

STATE OF LOUISIANA )
                   ) SS
ALLEN PARISH       )

I, Rafael Daniel De la Cruz Jimenez, Petitioner, do hereby solemnly swear or affirm under Solemn Oath that the Petitioner did file NOTICE OF MOTION and MOTION TO RENDER JUDGMENT and ORDER ON MOTION for a grant total of 12 Pages served to the CLERK OF THE/UNITED STATES COURT OF FEDERAL CLAIMS and the UNITED STATES OF AMERICA et al, Sean L. King at the address below via USPS Prepaid Certified mail and Return Receipt on 14 day of October, 2020. Petitioner deposited the above identified documents in the mail receptable at OAKDALE CORRECTIONAL INSTITUTION FCI-1.

UNITED STATES COURT OF FEDERAL CLAIMS
CLERK OF THE COURT

5

717 MADISON PLACE
WASHINGTON, DC 20439
Certified mail # 7019 2280 0000 0792 3208
Return Receipt # 9590 9402 4396 8248 7825 66

UNITED STATES OF AMERICA, et al., at/
UNITED STATES DEPARTMENT OF JUSTICE/civil
Division/Commercial Litigation Branch
Trial Attorney, Sean L. King
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Certified mail # 7019 2280 0000 0792 3215
Return Receipt # 9590 9402 4396 8248 7825 59

Executed Under Signature and Seal on __14__ day of __October__, 2020.

_Rafael Daniel De la Cruz Jimenez_ (SEAL)
Rafael Daniel De la Cruz Jimenez, Petitioner

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
(Applicable to ALL Successors and Assigns)

6





RECEIVED
OCT 20 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

*LEGAL MAIL/SPECIAL MAIL*
Date out: October 14, 2020

20439