In the United States Court of Federal Claims

Rafael Daniel De la Cruz Jimenez,
    Petitioner,

And

UNITED STATES OF AMERICA, et al,
    Respondents,

Case No.: 1:19-CV-01761-VJW Senior Judge Victor J. Wolski.

## PETITIONER ORDER ON MOTION TO RENDER JUDGMENT

Petitioner respectfully requests that this Court grant Petitioner's motion to Render Judgment for the causes demonstrated therein.

GRANTS the motion _____

DENIES the Motion _____

1

USCFC
OCT 20 2020

APPOVED and ENTRY REQUESTED

Date

Signed by
United States Court of Federal Claims
Senior Judge Victor J. Wolski

2





*LEGAL MAIL/SPECIAL MAIL*
Date out: October 14, 2020

20439