In the United States Court of Federal Claims

Rafael Daniel De la Cruz Jimenez,
    Petitioner,

and

UNITED STATES OF AMERICA, et al.,
    Respondents,

Case No.: 1:19-CV-01761-VJW Senior Judge Victor J. Wolski

## NOTICE OF FILING

Dear clerk,

    Please file the Petitioner's enclosed Motion to Render Judgment, Notice of Motion to Render Judgment and Order on Motion to Render Judgment in the above styled case. Thank you for your assistance in this matter.

1

Received - USCFC
OCT 20 2020

Executed Under Signature and Seal on \_\_14\_\_ day of \_\_October\_\_, 2020.

_____/s/ Rafael Daniel Dela Cruz Jimenez_____ (SEAL)
Rafael Daniel Dela Cruz Jimenez, Petitioner

