# In the United States Court of Federal Claims

Rafael Daniel De La Cruz Jimenez,
    Petitioner,

and

UNITED STATES OF AMERICA, et al.,
    Respondents,

Case No.: 1:19-CV-01761-VJW Senior Judge Victor J. Wolski

## PETITION NOTICE OF MOTION TO RENDER JUDGMENT

Petitioner hereby serves Notice of Motion to Render Judgment on Respondents to Petitioner Bill in Equity. UNITED STATES OF AMERICA, et al., at Respondents will be allowed 5 days to file an objection to this Motion in the above styled Court or waive all objections.

1

Received - USCFC
OCT 20 2020

_Rafael Daniel Dela Cruz Jimenez_ (SEAL)
Rafael Daniel De La Cruz Jimenez, Petitioner

Date October 14, 2020

2

CERTIFIED MAIL

56269-004
De La Cruz Rafael Daniel

7019 2280 0000 0792 3208



RECEIVED
OCT 2 0 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

*LEGAL MAIL/SPECIAL MAIL*
Date out: October 14, 2020

20439