IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RAFAEL DANIEL DE LA CRUZ JIMENEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 19-1761<br>)　Senior Judge Victor J. Wolski<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY**

To the Clerk:

　　Please enter the appearance of Joshua E. Kurland, as attorney of record for the United States.  Please take further notice that Lauren Moore no longer serves as counsel for defendant in this case.  Service of all papers by opposing parties should be addressed as follows:

Joshua E. Kurland<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480, Ben Franklin Station<br>
Washington, D.C. 20044

　　　　　　　　　　　　　　　　　　　　　/s/ Joshua E. Kurland
　　　　　　　　　　　　　　　　　　　JOSHUA E. KURLAND
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　Commercial Litigation Branch
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　Telephone: (202) 616-0477
　　　　　　　　　　　　　　　　Facsimile:  (202) 353-0461
　　　　　　　　　　　　　　Email: Joshua E. Kurland@usdoj.gov

Dated:  March 19, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 19th day of March, 2021, I caused to be placed in the United States mail (first-class, postage prepaid), copies of NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY addressed as follows:

Rafael Daniel De La Cruz Jimenez
56269-004
F.C.I. Oakdale I
P.O. Box 5000
Oakdale, LA 71463

/s/ Joshua E. Kurland
_____