# In the United States Court of Federal Claims

No. 19-1761C
(Filed: November 19, 2021)

**RAFAEL DANIEL**
**DE LA CRUZ JIMENEZ**

    **Plaintiff**

    v                                 **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

    Pursuant to the court's Memorandum Opinion and Order, filed November 18, 2021, granting-in-part and denying in-part defendant's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the first and third causes of action [in plaintiff's complaint] are dismissed for failure to state a claim upon which relief can be granted, and the second cause of action [in plaintiff's complaint], raising tort and Eighth Amendment claims that are outside of the court's jurisdiction, are transferred to the United States District Court for the Western District of Louisiana. No costs shall be awarded.

                                                  Lisa L. Reyes
                                                  Clerk of Court

                                       By:   s/Anthony Curry

                                                  Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.