UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RAFAEL DANIEL DE LA CRUZ JIMENEZ, #56269-004 | ) ) ) | CIVIL ACTION NO: 21-cv-04053 SECTION: P |
| VERSUS | ) ) | JUDGE CAIN |
| UNITED STATES OF AMERICA | ) ) | MAGISTRATE JUDGE KAY |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, comes Defendant, the United States of America, which respectfully moves the Court for an order directing that Desiree C. Williams, Assistant United States Attorney for the Western District of Louisiana, be substituted for Joshua E. Kurland, Trial Attorney, U.S. Department of Justice, Commercial Litigation Branch, as counsel for the Defendant in this proceeding. Assistant United States Attorney Desiree C. Williams can be noticed with pleadings and orders at 800 Lafayette Street, Suite 2200, Lafayette, LA 70501; Telephone: (337) 262-6618; Facsimile: (337) 262-6693; Email: desiree.williams@usdoj.gov.

This case was transferred by Judgment filed November 19, 2021 from the United States Court of Federal Claims to the Western District of Louisiana. Substitution of counsel will not delay the progress of this proceeding. No consent has been sought from pro se Plaintiff.

WHEREFORE, Defendant prays that this Honorable Court allow Desiree C. Williams, Assistant United States Attorney for the Western District of Louisiana, to be substituted as trial attorney and that representation by Joshua E. Kurland, Trial Attorney, U.S. Department of Justice, Commercial Litigation Branch be terminated as counsel of record for the United States of America.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ROBERT E. KIRSCHMAN, JR.
        Director

        *s/ Joshua E. Kurland*
        Joshua E. Kurland, Trial Attorney
        WDLA Temporary Bar No. 803050
        U.S. Department of Justice
        Commercial Litigation Branch
        P.O. Box 480, Ben Franklin Station
        Washington, DC 20044
        *for overnight deliveries*:
        1100 L Street N.W., Room 9506
        Washington, DC 20005
        Telephone:   (202) 616-0477
        Facsimile:    (202) 353-0461
        Email:        joshua.e.kurland@usdoj.gov


        BRANDON B. BROWN
        United States Attorney

By:    *s/ Desiree C. Williams*
        DESIREE C. WILLIAMS (#30978)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, LA 70501
        Telephone:   (337) 262-6618
        Facsimile:    (337) 262-6693
        Email:        desiree.williams@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2022, copies of the *Motion to Substitute Counsel* and a proposed *Order* were filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to *pro se* Plaintiff, non-CM/ECF participant, as follows:

Rafael Daniel De La Cruz Jimenez, #56269-004
F C I – Oakdale
P. O. Box 5000
Oakdale, LA  71463

*s/ Desiree C. Williams*
DESIREE C. WILLIAMS (#30978)
Assistant United States Attorney